IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM FRANK HILL, JR.<br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br>Defendant. | :<br>:   CIVIL ACTION<br>:<br>:<br>:   NO. 18-5564<br>:<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 16th day of June, 2020, upon consideration of "Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act" (Doc. 18), "Defendant's Response to Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act" (Doc. 19), and "Plaintiff's EAJA Reply Brief" (Doc. 20), it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
United States Magistrate Judge

---

[1] Andrew Saul became the Acting Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Saul should be substituted for the former Acting Commissioner, Nancy A. Berryhill, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).